UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431 (MJD/JGL)

This Document Relates To:

JULIA A. THOMPSON and KATHERINE SWEARENGIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; and SMITHKLINE BEECHAM d.b.a. GLAXOSMITHKLINE, and GLAXOSMITHKLINE plc,

Defendants.

Case No. 02-186 (MJD/JGL)

Originating Jurisdiction and Case No.:

United States District Court
Western District of Pennsylvania

Case No. 01 CV 1790 (DJL)

**ORDER GRANTING APPROVAL OF STIPULATION OF VOLUNTARY DISMISSAL**

**PURSUANT TO FED. R. CIV. P. 23(e) and 41(a)(1)**

It is hereby STIPULATED AND AGREED, pursuant to Rules 23(e) and 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the parties have agreed to the dismissal with prejudice of the individual claims of Plaintiff, Julia A. Thompson, in the above-captioned matter. The parties shall each bear their own costs.



SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this Stipulation of Dismissal is being signed on behalf of all parties who have appeared in the action.

Dated: July 27, 2004

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Signature on File*
Wendy R. Fleishman

780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500

SIDLEY AUSTIN BROWN & WOOD

By: */s/ Signature on File*
James Mizgala

10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

*Attorneys for Defendants Bayer Corp. and Bayer A.G.*

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth J. Cabraser
Richard M. Franco
275 Battery Street, 30th Floor
San Francisco, CA 9411-3339
Telephone: (415) 956-1000

*Attorneys for Plaintiffs*

DECHERT LLP

By: */s/ Signature on File*
Fred Magaziner

4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Fax: (215) 994-2222

*Attorneys for Defendants SmithKline Beecham d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

Approved and So Ordered:

Michael J. Davis

Judge, U.S.D.C., District of Minnesota

Dated: Minneapolis, Minn
AUG 16 2004, 2004