E-SERVED
09/24/04
06:08 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD/JGL)

This Document Relates to:

JULIA A. THOMPSON and KATHERINE SWEARENGIN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

BAYER, AG, BAYER CORPORATION, a wholly owned subsidiary of BAYER A.G., SMITHKLINEBEECHAM d.b.a. GLAXOSMITHKLINE, and GLAXOSMITHKLINE plc,

Defendants.

Case No. 02-0186

**ORDER**

This _________ day of SEP 28 2004, 2004 IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the claims of plaintiff Katherine Swearengin in the above-captioned action are hereby dismissed with prejudice, each party to bear its own costs.

Michael J. Davis

UNITED STATES DISTRICT JUDGE

SCANNED
SEP 29 2004
U.S. DISTRICT COURT MPLS